# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CASE NO. 5:99-CR-46-RLV-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHRISTOPHER KERRY MOSS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Defendant's Motion for Early Termination of Supervised Release. (Doc. 58.) The Government submitted no response to Defendant's Motion.

On February 16, 2001, the Court sentenced Defendant to 240 months imprisonment for violating 21 U.S.C. § 846. Defendant has since completed his amended sentence and is currently serving a ten-year term of supervised release.

Defendant requests that his supervised release be terminated as successfully completed pursuant to 18 U.S.C. § 3583(e). In support of his Motion, Defendant and Probation Officer Russell Craig have represented that Defendant has done well on supervision, having remained employed and passed all drug tests. Furthermore, Defendant has paid the balance owed for his probation fees. Therefore, the Court, in its discretion, will authorize early termination of supervision.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion (Doc. 58) be **GRANTED**. Accordingly, the Defendant's supervised release term is hereby **TERMINATED**, effective immediately. The Deputy Clerk shall forward a copy of this Order to Defendant, Defense Counsel, the U.S. Attorney's Office, and U.S. Probation and Pretrial Services.

Signed: December 16, 2011

Richard L. Voorhees
United States District Judge